

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2015

No. 04-14-00796-CV

**LOCKHILL VENTURES, LLC**,
Appellant

v.

**ARD MOR, INC.**, Texas Ardmor Properties, LP, and Texas Ardmore Management, LLC,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10796
Honorable Richard Price, Judge Presiding

## O R D E R

Sitting:     Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

The panel has considered the appellees' motion for rehearing, and the motion is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court